## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREER MARABLE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | ) ) ) CASE NO: 3:08CV01254 (WIG) |
| Plaintiff | ) ) |
| v. | ) ) |
| GENERAL REVENUE CORPORATION, Defendant | ) ) ) ) November 16, 2010 |

## NOTICE OF CLASS ACTION SETTLEMENT PURSUANT TO CLASS ACTION FAIRNESS ACT, 28 U.S.C. §1715

TO:  Attorney General of the United States
     U.S. Department of Justice
     950 Pennsylvania Avenue, NW
     Washington, D.C. 20530

Federal Trade Commission
Bureau of Consumer Protection
600 Pennsylvania Avenue, NW
Washington, D.C.  20580

     Connecticut Attorney General
     Department of Consumer Protection
     55 Elm Street
     Hartford, CT  06106

Connecticut Department of Banking
260 Constitution Plaza
Hartford, CT  06103

Pursuant to 28 U.S.C. §1715, defendant General Revenue Corporation ("GRC"), by its undersigned counsel, hereby gives notice that the parties to the above-captioned lawsuit have entered into a proposed class action settlement subject to the final approval of the United States District Court for the District of Connecticut.  In connection therewith, attached here are the following documents (all of which can be accessed electronically via PACER):

- Amended Complaint (Dkt. 25);

- Joint Motion for Preliminary Approval of Settlement Agreement (Settlement Agreement attached) (Dkt 73);

- Order Granting Preliminary Approval to Proposed Class Settlement and Proposed Class Notice (class notices attached) (Dkt. 76); and

\27485500.1

- Plaintiff's Memorandum in Support of Final Approval of Class Action Settlement, Attorney's Fees, and Representative Fees (Dkt. 78).

As set forth therein, the parties certified two classes for settlement: Class A consists of 153 Connecticut residents, and Class B consists of 246 Connecticut residents.  Defendant agreed to establish a Settlement Fund in the amount of $179,100 to be distributed as follows:

- $76,500 to the Class A members ($500 each);

- $24,600 to the Class B members ($100 each);

- $75,000 in costs and attorneys fees to class counsel;

- $3000 incentive award to plaintiff;

- Any unclaimed funds to be distributed to various Connecticut legal aid organizations.

A final fairness hearing in this matter has been set for March 8, 2011, at 1:30 p.m., in Bridgeport, CT before the Hon. William I. Garfinkel. (Dkt. 79).

Respectfully submitted,

GENERAL REVENUE CORPORATION

By:   /s/ David L. Hartsell_____

David L. Hartsell (ct15302)
McGUIREWOODS LLP
77 West Wacker Dr., Ste. 4100
Chicago, IL 60601
(312) 849-8100
(312) 849-3690 (fax)
dhartsell@mcguirewoods.com

Eric D. Daniels (ct01582)
ROBINSON & COLE, LLP
280 Trumbull Street
Hartford, CT  06103
(860) 275-8200
(860) 275-8299 (fax)
edaniels@rc.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2010, the foregoing **NOTICE OF CLASS ACTION SETTLEMENT PURSUANT TO CLASS ACTION FAIRNESS ACT, 28 U.S.C. §1715** was filed electronically.  A copy of this filing will be sent by e-mail to the following counsel of record who have appeared in this action by operation of the Court's electronic filing system.

Daniel S. Blinn
Consumer Law Group, LLC
35 Cold Spring Road, Ste. 512
Rocky Hill, CT 06067

Brian L. Bromberg
Bromberg Law Office, P.C.
40 Exchange Plaza, Ste. 2010
New York, NY 10005

Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, on November 16, 2010, by 5:00 p.m.

>   Attorney General of the United States
>   U.S. Department of Justice
>   950 Pennsylvania Avenue, NW
>   Washington, D.C. 20530

>   Federal Trade Commission
>   Bureau of Consumer Protection
>   600 Pennsylvania Avenue, NW
>   Washington, D.C.  20580

>   Connecticut Attorney General
>   Department of Consumer Protection
>   55 Elm Street
>   Hartford, CT  06106

>   Connecticut Department of Banking
>   260 Constitution Plaza
>   Hartford, CT  06103

>                          /s/ David L. Hartsell___