United States District Court
District of Connecticut
FILED AT BRIDGEPORT
3-8-2011
Roberta D. Tabora, ___
By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREER MARABLE, individually and on behalf of all others similarly situated, ) <br><br> Plaintiff ) <br><br> v. ) <br><br> GENERAL REVENUE CORPORATION, ) <br><br> Defendant ) | CASE NO: 3:08CV01254 (WIG) <br><br><br> March ___, 2011 |

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

This matter coming before the Court on March 8, 2011 for a final fairness hearing on the proposed class Settlement Agreement, and the Court having approved the Settlement Agreement as fair, reasonable and adequate to the Class Members and directed the parties to implement its terms (Dkt. 82);

It is hereby ORDERED, ADJUDGED and DECREED that the Plaintiff's Complaint is dismissed *with prejudice*, each party to bear its own costs and expenses (except as otherwise provided in the Settlement Agreement); and, further, that the Plaintiff and the Class Members shall be forever barred and enjoined from instituting or further prosecuting any causes of action, suits, claims and demands, whatsoever, in law or in equity, known or unknown at this time, which Plaintiff and the Class Members now have, ever had, or hereafter may have against Defendant arising out of or relating to the claims that were asserted or alleged or which could have been asserted or alleged in the Complaint.

SO ORDERED this 8 day of March, 2011.

/s/ William I. Garfinkel
_____
Hon. William I. Garfinkel
United States Magistrate Judge

\30073446.1

1